Kirtlan G. Naylor        ISB #3569
Tyler D. Williams        ISB #8512
NAYLOR & HALES, P.C.
950 W. Bannock Street, Suite 610
Boise, Idaho 83702
Phone:     (208) 383-9511
Facsimile: (208) 383-9516
Email: kirt@naylorhales.com; tdw@naylorhales.com

Attorneys for Defendants Timothy Wengler
and Tom Kessler

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BILLY RAY BARTLETT,<br><br>       Plaintiff,<br><br>vs.<br><br>TIM WENGLER, TOM KESSLER, COSMO ZIMIK, GRADY ZICKEFOOSE, M. VALLARD, and KEITH THOMAS,<br><br>       Defendants. | Case No. 1:12-cv-00312-CWD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS TIMOTHY WENGLER AND TOM KESSLER** |

      The parties to this Stipulation hereby stipulate and agree than an order shall be entered dismissing this case with prejudice with all parties to bear their own costs and fees. By entering into the Stipulation, Defendants do not concede to any of the allegations asserted by Plaintiff and do not admit that any such alleged facts have been proven or are true. Instead, these stipulating parties have

**STIPULATION FOR DISMISSAL OF DEFENDANTS TIMOTHY WENGLER AND TOM KESSLER - 1.**

agreed to bear their own litigation costs and Plaintiff has agreed to a complete dismissal of this

lawsuit as to Timothy Wengler and Tom Kessler, with prejudice.


DATED this _29_ day of _Sept_____, 2014.


_Billy Ray Bartlett_
Billy Ray Bartlett

DATED this _29th_ day of _September_ 2014.

NAYLOR & HALES, P.C.


Tyler D. Williams, Of the Firm
Attorneys for Defendants Wengler and Kessler


M:\Corrections Corp of America\Bartlett v. Wengler, et al\Pleadings\stipulation for dismissal.wpd


**STIPULATION FOR DISMISSAL OF DEFENDANTS TIMOTHY WENGLER AND
TOM KESSLER - 2.**